DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY M. SISKIND,**
Appellant,

v.

**SOFIYE WILLIAMS, ESQUIRE, SOFIYE WILLIAMS, P.A., TERESA SANTALUCIA, BELMAR WINDS, INC.,** and **ROBERT A. GIBSON,**
Appellees.

No. 4D21-3441

[February 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 50-2019-CA-004316-XXXX-MB.

Jeffrey M. Siskind of Siskind Legal, PLLC, Wellington, for appellant.

Sofiye Williams of Sofiye Williams, P.A., Fort Lauderdale, for appellees Sofiye Williams, Sofiye Williams, P.A., and Belmar Winds, Inc.

Robert Gibson, Lake Worth, pro se.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***